PS8
(8/88)

# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. **ALFADHILI, Akram**                                                                 Docket No. 15-20720-01

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Susan Dely, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant **Akram Alfadhili,** who was placed under pretrial release supervision by Your Honor sitting in the court at <u>Detroit Michigan</u>, on December 2, 2015, under the following conditions:

A bond was set in the amount of $10,000.00 with the conditions he report as directed to Pretrial Services, refrain from the possession of a firearm, refrain from the possession/use controlled substances unless prescribed by a licensed medical practitioner, submit to drug testing and treatment as directed by Pretrial Services, participate in the Location Monitoring program as directed by Pretrial Services with a Curfew of 5:00 p.m. to 9:00 a.m., and pay all, or part of, the cost of location monitoring.

**Respectfully presenting petition for action of court and for cause as follows**:
(if short insert here; if lengthy write on separate and attach)

On April 28, 2016, a previous bond violation memo was sent to Your Honor regarding the defendant's opiate and amphetamine medication abuse in January, February and March 2016.

On August 1, 2016, the defendant appeared before Your Honor for a bond violation hearing regarding his continued substance abuse and curfew violations  Bond was continued and the defendant was directed to report to in-patient substance abuse treatment this date before 2pm.

On August 1, 2016, the defendant appeared for an intake at Detroit Rescue Mission in Detroit, Michigan.  The defendant successfully completed treatment on August 29, 2016.

The defendant resumed reporting in person as directed on August 29, 2016. On September 7, 2016, the defendant reported in person and submitted a positive opiates (non-prescribed medication) and Acetylmorphine (heroin metabolite). The defendant admitted he took a cough medicine prescribed to his father; the defendant denied all other illegal substances.

NCIC/LEIN inquiry conducted this date revealed the following WARRANTS:

08/04/2016    Criminal Bench Warrant for Failure to Appear - Drive Unregistered or Untitled Vehicle, 36th District Court, Detroit, Michigan, $100.00 cash bond (Writer informed the court the defendant was in treatment but the warrant was still issued).

08/04/2016    Criminal Bench Warrant for Failure to Appear - No Insurance, 36th District Court,

          Detroit, Michigan, $100.00 cash bond (Writer informed the court the defendant was in treatment but the warrant was still issued).

08/22/2016    **Felony Dangerous Drugs** - Controlled Substance Possession, 36th District Court, Detroit, Michigan

09/09/2016    **Felony Dangerous Drugs** - Two Counts of Controlled Substances Possession/ Analogues, 19th District Court, Dearborn, Michigan. No bond.

Based upon the above, Pretrial Services respectfully recommends a warrant to be issued and be held pending the bond violation hearing scheduled for September 19, 2016 at 11 am.

Writer recommends that the defendant's bond be revoked at the time of the violation hearing.

Assistant United States Attorney Erin Hendrix is aware of this request and has no issue with the same. Defense Counsel Bertram Johnson have been made aware of this request.

**PRAYING THAT THE COURT WILL ORDER a warrant be issued for the defendant's arrest and apprehension so that the defendant may respond to the noted violations and advise the Court why bond should be continued.**

**SO ORDERED.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct |
|---|---|
| Considered and ordered this 15th day of September, 2016 and ordered filed and made a part of the records in the above case. | Executed on September 15, 2016 |
| s/ Nancy G. Edmunds<br>      Nancy G. Edmunds<br>    United States  District Judge | *Susan Deley* <br><br>U.S. Pretrial Services Officer<br>(313) 234-5334<br><br>Place: Detroit |