UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AKRAM ALFADHILI,

              Petitioner/Defendant,            No. 15-cr-20720

v.                                    Honorable Nancy G. Edmunds

UNITED STATES OF AMERICA,

              Respondent/Plaintiff.
_____/

**JUDGMENT**

For the reasons stated in the Court's opinion and order denying Petitioner/Defendant's motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence, Petitioner's motion (ECF no. 60) is DENIED with prejudice.


SO ORDERED.

                             s/Nancy G. Edmunds
                             Nancy G. Edmunds
                             United States District Judge


Dated: March 17, 2023


I hereby certify that a copy of the foregoing document was served upon counsel of record and Defendant on March 17, 2023, by electronic and/or ordinary mail.

                             s/Lisa Bartlett
                             Case Manager